UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>MAURICE DUBOSE,                       )<br>)<br>            Defendant.                    )<br>)<br>)<br>) | CRIMINAL NO. 04-10291-PBS<br><br>VIOLATION:<br>Ct. 1: 18 U.S.C. § 922 (g)(1)<br>Felon in Possession of<br>a Firearm & Ammunition |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm & Ammunition)

The Grand Jury charges that:

On or about July 20, 2004, in Brockton, in the District of Massachusetts,

**MAURICE DUBOSE**

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

1) a Davis Industries Model P380 pistol, bearing serial number AP315331; and

2) five rounds of .380 caliber ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS          September 22, 2004

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk   9/22/04 @ 2:15pm

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: Brockton    Category No. II    Investigating Agency: ATF

City: Brockton    Related Case Information:

County: Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Maurice Dubose    Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: 84 Tribou Street, Brockton MA

Birth date (Year only): 1975   SSN (last 4 #): 3805   Sex: M   Race: Black   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Sandra S. Bower    Bar Number if applicable: 0787700

Interpreter: ☐ Yes ☒ No    List language and/or dialect: English

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody   Plymouth HOC   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____    ☐ Misdemeanor _____    1 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9-22-04    Signature of AUSA: Sandra S. Bower

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Jose Torres

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | felon in possession of firearm and ammunition | 1 |
| Set 2 | 21 U.S.C. § 841 (a)(1) | Distribution of controlled substance | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

ADDITIONAL INFORMATION: _____