CJA 23
Rev. 5/96

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| | | LOCATION NUMBER |
|---|---|---|
| U. S. v.s. DuBose | FOR Mass | |
| | AT Boston | |

PERSON REPRESENTED (Show your full name)

**Maurice Dubose**

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

| DOCKET NUMBERS |
|---|
| Magistrate |
| District Court 04-10291 |
| Court of Appeals |

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

**18 U.S.C. 922(g)**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month?  $ _____

**IF NO,** give month and year of last employment
How much did you earn per month?  $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No  N/A

**IF YES,** how much does your Spouse earn per month?  $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income?  $ _____

### ASSETS

#### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

**IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED  $ _____

SOURCES  N/A

#### CASH

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  **IF YES,** state total amount $ _____

#### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

**IF YES,** GIVE THE VALUE AND DESCRIBE IT

VALUE _____

DESCRIPTION _____

### DEPENDENTS

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

### OBLIGATIONS & DEBTS

#### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on (date)  **9-23-04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Maurice Du_