# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                      CRIM. CASE NO: CR04-10291 PBS

MAURICE DUBOSE
        Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On September 23, 2004, the defendant in the above-entitled action appeared before Emergency Magistrate Judge Judith Gail Dein for an initial appearance. The financial inability of the defendant to retain counsel having been established at that time by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney TIMOTHY WATKINS of the Federal Defender Office for the District of Massachusetts be appointed, effective as of September 23, 2004, to represent said defendant in this cause until further order of the Court.

      SO ORDERED.

                                          JOYCE LONDON ALEXANDER
                                        UNITED STATES MAGISTRATE JUDGE

                                        BY THE COURT:

                                        /S/ Rex Brown
                                        Courtroom Clerk

September 28, 2004
Date