UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO. 04-10291 PBS |
| MAURICE DUBOSE  Defendant | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **initial status conference** at **11:00 a.m.** on **Wednesday, November 10, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24, on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant need not appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

October 4, 2004                          /S/ Rex Brown
Date                                     Courtroom Clerk
                                         (617) 748-9238

Notice to:    FPD Timothy Watkins, Esq.
              *Via electronic filing*
              AUSA Sandra Bower, Esq.
              *Via electronic filing*