UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10291-PBS

UNITED STATES OF AMERICA

v.

MAURICE DUBOSE
_____

## JOINT MOTION FOR EXCLUDABLE DELAY

As agreed to orally at the status conference on November 10, 2004, the parties respectfully request the Court to order the period from October 26, 2004, to December 21, 2004, excluded under the Speedy Trial Act. In support of this request, the parties state the following:

1) At the initial status conference, defense counsel requested additional time to review discovery and make discovery requests, which the Court allowed without objection from the government.

2) The Court ordered any motions to be filed on or before December 20, 2004, and scheduled the final status conference for December 21, 2004.

3) The Court previously excluded the period from September 28, 2004, through October 26, 2004.

4) The parties submit that the ends of justice by the delay outweigh the interest of the defendant and the public to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8).

WHEREFORE, the parties request that the period of October 26, 2004, to December 21, 2004, be excluded for purposes of the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:/s/ Sandra S. Bower for       By:   /s/ Sandra S. Bower
   TIMOTHY G. WATKINS             SANDRA S. BOWER
   Federal Defender's Office            Assistant U.S. Attorney
   408 Atlantic Ave.                    U. S. Attorney's Office
   Boston, MA 02210                  John Joseph Moakley
                                   United States Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210