IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
        v.                          )
                                    )     CRIMINAL NO. 04-10291-PBS
MAURICE DUBOSE

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant MAURICE DUBOSE file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues.  The defendant has made two minor requests and the government has agreed to produce the materials if they exist.

2) Other than the two requests noted above, neither party anticipates providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

3) Defendant does not intend to raise a defense of insanity or public authority.

4) Defendant does not intend to raise an alibi defense.

5) Defendant will not file any motion to sever, dismiss or suppress or any other motion requiring a ruling by the District Court.

6) There is no matter other than trial which should be scheduled by the Court.

7) The Court previously excluded the period of September 28, 2004, through October 26, 2004 for Speedy Trial purposes. Additionally, the parties agreed at the initial status conference that the period from October 26, 2004 to December 21, 2004, also should be excluded.[1] Absent any further exclusions of time, trial in this case must begin on or before March 1, 2005.

8) The parties estimate a trial in this case would last about three days.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By: /s/Sandra S. Bower for    By:  /s/Sandra S. Bower
    TIMOTHY G. WATKINS, Esq.        SANDRA S. BOWER
    Counsel for Defendant            Assistant U.S. Attorney
    Federal Defender Office          1 Courthouse Way, Suite 9200
    408 Atlantic Avenue, 3rd Floor  Boston, MA 02210
    Boston, MA                          (617) 748-3184
    (617) 223-8061

---

[1] Filed today with this joint memo is a joint motion for excludable delay requesting the Court to exclude the period of October 26, 2004, through December 21, 2004, as agreed by the parties at the initial status conference.