UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10291-PBS

v.

MAURICE DUBOSE

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                         January 6, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **January 20, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel