UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10291 PBS

MAURICE DUBOSE
     Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On December 21, 2004, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending motions;

3. Supplemental discovery in the form of two minor requests by the defendant has been agreed to be produced by the government;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: September 28, 2004, through October 26, 2004 (28 days) and October 26, 2004, through December 21, 2004 (56 days), for a total of eighty-four (84) days excluded as of December 21, 2004. The total amount of time to proceed to trial is seventy (70) days as of December 21, 2004;

5. (a) The defendant does not intend to raise a defense of insanity;
   (b) The defendant does not intend to raise a defense of public authority;

6. The Government has not requested notice of alibi by the defendant;

7. (a) There are no Motions to dismiss or suppress, or any other motion requiring a ruling by the District Court before trial.
   (b) There is no need for a briefing schedule;

8. There is no need for a schedule concerning any matter in the case other than trial;

9. Resolution of case without trial is not likely;

10. Trial is necessary. The estimated duration of trial is three (3) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

<u>January 7, 2005</u>
Date