UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | FILED UNDER SEAL |
| | ) | Cr. No. 04-10291-PBS |
| v. | ) | |
| | ) | |
| MAURICE DUBOSE | ) | |
| | ) | |

### UNITED STATES' MOTION TO SEAL

The United States respectfully requests the Court to seal the government's *ex parte* motion for a protective order and supporting memorandum of law, the Court's Order, this motion, and any related paperwork, and as grounds for this request states that the motion and memorandum of law contain sensitive information relating to police officer witnesses. Additionally, it is the purpose of the motion for a protective order to preclude the disclosure of the information.

1/28/05

*Allowed. However, this motion shall next challenge my rulings, my rulings shall not be sealed.* By:

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184

