UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CRIMINAL NO. 04-10291-PBS |
| ) | |
| MAURICE DUBOSE    ) | |

OBJECTION TO ORDER OF EXCLUDABLE DELAY
AND REQUEST THAT CASE BE REDRAWN

At the January 20, 2005 Pretrial Conference, the Court noted that because of a series of criminal trials previously scheduled the first available date for trial in this matter would be March 14, 2005. Moreover, the Court expressed some skepticism that the case could go forward even on that date. The parties and the Court all recognized that the March 14, 2005 fell outside of the time allotted under the Speedy Trial act. The Court suggested that it would, upon request of the defendant, have the case redrawn to a different session. Counsel for the defendant requested additional time to confer with the defendant concerning the defendant's response. The Court issued an Order of excludable delay on January 24, 2005

Upon consideration and reflection, the defendant objects to the January 24, 2005 Order of excludable delay and requests that the case be redrawn to a different session. The defendant does agree, however, that the period of time commencing January 20, 2005 up to the reassignment of the case is excludable as the

delay was attributable to the request by the defendant for time to consider his response to the Court's suggestion, and because this request for the case to be redrawn is now pending. See 18 U.S.C. §3161(h)(1)(F) and §3161(8)(A).

                    MAURICE DUBOSE
                    By His Attorney:

                    /s/ Timothy Watkins
                    Timothy Watkins
                      B.B.O. #567992
                    Federal Defender Office
                    408 Atlantic Ave., Third Floor
                    Boston, MA  02110
                    Tel: 617-223-8061