UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERCA

v.                                                          CR 04-10291-RGS

MAURICE DUBOSE

**NOTICE OF REASSIGNMENT**
February 9, 2005

At the direction of Judge Patti B. Saris, this case has been reassigned by random draw to Judge Richard G. Stearns. Counsel are directed to contact Mary Johnson, Judge Stearns' courtroom clerk for scheduling information.

William L. Ruane, Jr.
Acting Clerk

*Virginia A. Hurley*
Deputy Clerk