UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.             ) | CRIMINAL NO. 04-10291-RGS |
| ) | |
| MAURICE DUBOSE      ) | |

DEFENDANT'S **EMERGENCY** MOTION THAT U.S. MARSHALS TRANSPORT
HIM TO VIEW HIS BROTHER'S BODY

Defendant, Maurice DuBose, moves that this Court order the U.S. Marshals to transport him to view his brother's body before his brother's funeral.

As grounds for this motion, undersigned counsel states that Mr. DuBose's brother was shot and killed earlier this week. The funeral is scheduled for Monday. Mr. DuBose's family has requested that undersigned counsel arrange for an opportunity for Mr. DuBose to view his brother's body.

```
                              MAURICE DUBOSE
                              By his attorney,

                              /s/Miriam Conrad

                              Miriam Conrad
                                 B.B.O. # 550223
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```