UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO. 04-10291-RGS |
| ) | |
| MAURICE DUBOSE   ) | |

NOTICE OF APPEAL

Defendant, Maurice Dubose, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgement imposed in open court on July 27, 2005 and entered on August 3, 2005.

```
                          MAURICE DUBOSE
                          By His Attorney:


                            /s/ Timothy Watkins
                          Timothy Watkins
                            B.B.O. #567992
                          Federal Defender Office
                          408 Atlantic Ave., Third Floor
                          Boston, MA  02110
                          Tel: 617-223-8061
```