# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2546

UNITED STATES,

Appellee,

v.

MAURICE DUBOSE,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: June 19, 2006

Appellant challenges the constitutionality of his sentence under the Armed Career Criminal Act, 18 U.S.C. § 924(a)(2). The government has moved for summary disposition.

Under <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), prior convictions do not need to be charged in an indictment, or admitted by the defendant, or found by a jury. See <u>United States</u> v. <u>Gomez-Estrada</u>, 273 F.3d 400, 402 (1st Cir. 2001)(<u>Almendarez-Torres</u> permits sentencing enhancement where defendant pleads guilty to offense without admitting to prior conviction). Whatever the future fate of <u>Almendarez-Torres</u>, unless and until it is overruled by the Supreme Court, it remains binding law in this circuit. See <u>United States</u> v. <u>Mastera</u>, 435 F.3d 56, 59 n.1 (1st Cir. 2006).

Thus, there was no error in the imposition of a 15 year sentence, as required by the Act.

The government's motion for summary disposition is <u>granted</u>.

The judgment is _affirmed_.

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
      Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: JUL 0 7 2006

[cc: Mr. Watkins, Ms. Chaitowitz and Ms. Bower]